# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT LARRY BRADFORD, | **Case No. 1:17-cv-01601-LJO-SKO (PC)** |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| SHERMAN, et al., | |
| Defendants. | |

Plaintiff, Dwight Larry Bradford, is a state prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C § 1983. On February 22, 2018, the court found the appointment of counsel for plaintiff warranted and granted plaintiff's motion to appoint counsel. (ECF No. 11.) Daniel O. Jamison, Jared C. Marshall, and Sydney A. Smith, of Dowling Aaron Incorporated, have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Daniel O. Jamison, Jared C. Marshall, and Sydney A. Smith are appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

1

3. The Clerk of the Court is directed to serve a copy of this order upon Daniel O. Jamison, Jared C. Marshall, and Sydney A. Smith, Dowling Aaron Incorporated, 8080 N. Palm Ave., 3rd Floor, Fresno, CA 93711.

IT IS SO ORDERED.

Dated: **March 5, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE