# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT LARRY BRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>SHERMAN, et al.,<br><br>  Defendants. | **Case No. 1:17-cv-01601-LJO-SKO (PC)**<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff, Dwight Larry Bradford, is a state prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C § 1983. On February 22, 2018, the court found the appointment of counsel for plaintiff warranted. (ECF No. 11.) Daniel O. Jamison, Jared C. Marshall, and Sydney A. Smith, of Dowling Aaron Incorporated, were appointed to represent plaintiff in the above entitled matter. (ECF No. 13.) Sidney A. Smith has since withdrawn as plaintiff's appointed counsel due to a change in employment. (ECF Nos. 19 & 20.) Caroline M. Lutz has informally notified the court that she has agreed to be appointed to represent plaintiff in place of withdrawn counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Caroline M. Lutz is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

1

spark@caed.uscourts.gov if she has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Caroline M. Lutz, Dowling Aaron Incorporated, 8080 N. Palm Ave., 3rd Floor, Fresno, CA 93711 and to add her as one of Plaintiff's representatives on the docket of this case.

IT IS SO ORDERED.

Dated: **April 23, 2019**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE