# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT LARRY BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAN, et al.,<br><br>Defendants. | 1:17-cv-01601-LJO-SKO (PC)<br><br>**ORDER ON STIPULATION TO EXTEND STAY OF ACTION**<br><br>**(Doc. 39)** |

This case is set for a settlement conference before the undersigned at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #7, on October 17, 2019, at 11:00 a.m. Pursuant to the stipulation of the parties and good cause having been shown, the Court's Order referring the Case to Post-Screening ADR Project and Staying the Case for 90 Days, dated June 27, 2019, shall be modified to extend the stay of the action to October 25, 2019.

IT IS SO ORDERED.

Dated:  **August 14, 2019**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE