# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT LARRY BRADFORD,<br>Plaintiff,<br><br>v.<br><br>SHERMAN, et al,<br>Defendants. | 1:17-cv-01601-LJO-SKO (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT DWIGHT LARRY BRADFORD, CDCR No. D-75443, PLAINTIFF**<br><br>DATE: October 17, 2019<br>TIME: 11:00 a.m. |

Dwight Larry Bradford, CDCR # D-75443, the plaintiff in this case and a necessary participant in settlement proceedings on October 17, 2019, is confined at California Health Care Facility, Stockton (CHCF), in the custody of the Warden. In order to secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto, United States District Court, in Courtroom 7, 6th Floor, 2500 Tulare Street, Fresno, California, on October 17, 2019, at 11:00 a.m.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in settlement proceedings before the United States District Court at the time and place above, and from day to day until completion of the court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Health Care Facility, Stockton (CHCF)**

**WE COMMAND** you to produce the inmate named above to participate in settlement proceedings before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 9, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE