UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT LARRY BRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERMAN, et al.,<br><br>        Defendant. | Case No.: 1:17-cv-01601-LJO-SKO<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS AND DISCHARGING WRITS OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Docs. 42, 46) |

The settlement conference in this matter concluded on October 17, 2019.

Accordingly, Plaintiff Dwight Larry Bradford, CDCR No. D-75443, is no longer needed by the Court as a witness in these proceedings, and the writs of habeas corpus ad testificandum as to this inmate, (Docs. 42, 46), are HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 18, 2019**      /s/ *Sheila K. Oberto*

                                                              UNITED STATES MAGISTRATE JUDGE