1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DWIGHT LARRY BRADFORD,                    1:17-cv-01601-LJO-SKO
12              Plaintiff,
13         v.                                  ORDER DIRECTING THE CLERK OF
                                               COURT TO CLOSE CASE
14   SHERMAN, et al.,
                                               (Doc. 49)
15              Defendants.
16
17
18         On October 18, 2019, Plaintiff Dwight Larry Bradford filed the parties' stipulation that
19   this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure
20   41(a)(1)(A)(ii). (Doc. 49.) Rule 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action
21   without a court order by filing … a stipulation of dismissal signed by all parties who have
22   appeared." Once a voluntary dismissal under Rule 41(a)(1) is properly filed, no order of the court
23   is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space*
24   *Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).
25         Because Plaintiff has filed a stipulation for dismissal of this case with prejudice under
26   Rule 41(a)(1)(A)(ii), signed by all parties, this case has terminated. Accordingly, IT IS HEREBY
27   ORDERED that the Clerk of Court close this case.
28

IT IS SO ORDERED.

Dated: **October 22, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE