Print Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Dwight Larry Bradford,

        Plaintiff(s)

vs.

Sherman, et al.,

        Defendants.

/

No. 1:17-cv-1601-LJO-SKO

**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT**

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Caroline M. Lutz, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on April 23, 2019, by the Honorable Sheila K. Oberto, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

1. Reimbursement for Mileage in the amount of $180.96 on 07/24/2019: Plaintiff's counsel traveled to Mule Creek State Prison for an in-person meeting with Mr. Bradford. Pursuant to General Order 558, section 4.A.5)i., reimbursement for travel in a privately-owned vehicle may be allowed at the federal rate.

2. Reimbursement for Mileage in the amount of $12.06 on 10/17/2019: Plaintiff's counsel traveled to the U.S. Eastern District Court (Fresno) to participate in a court-ordered settlement conference. Pursuant to General Order 558, section 4.A.5)i., reimbursement for travel in a privately-owned vehicle may be allowed at the federal rate.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 193.02 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:17-cv-1601-LJO-SKO

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | No previous requests have been submitted. |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of December, 20 19, at Fresno, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is ✓ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: January 3, 2020

*[signature]* Sheila K. Oberto

United States District Judge/Magistrate Judge